```
UNITED STATES DISTRICT COURT                                    │ USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   │ DOCUMENT
------------------------------------------------------------X   │ ELECTRONICALLY FILED
                                                                │ DOC #:_____
                                                                │ DATE FILED: 7/1/2021
```

BRANDY SOBCZAK,

                Plaintiff,

        -v-                                          21-cv-2737 (LJL)

CAPITAL ONE BANK (USA), N.A. and TRANS UNION, LLC,          ORDER

                Defendants.

------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff has filed notices of voluntary dismissal against the only two defendants named in this action. *See* Dkt. Nos. 10 and 11. Accordingly the case is dismissed. The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

Dated: July 1, 2021
       New York, New York                                 LEWIS J. LIMAN
                                                                   United States District Judge